IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS RODRIGUEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| CITY OF SAN BENITO, CAMERON | § | |
| COUNTY, TEXAS, SAN BENITO | § | B - 02 - 068 |
| POLICE DEPARTMENT, DAVID GARZA, | § | |
| RICARDO MORADO, MAYOR, GABRIEL | § | |
| GONZALES, CITY MANAGER, RICHARD | § | |
| E. CLARK, JR., CHIEF OF POLICE, | § | |
| ET AL. | § | |

United States District Court
Southern District of Texas
FILED

APR 1 9 2002

Michael N. Milby
Clerk of Court

## DEFENDANTS' CERTIFICATE OF DISCLOSURE
## OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

COME NOW **CITY OF SAN BENITO, TEXAS, SAN BENITO POLICE DEPARTMENT, RICARDO MORADO,** *Mayor for the City of San Benito, Texas,* **GABRIEL GONZALES,** *former City Manager for the City of San Benito, Texas,* and **RICHARD E. CLARK, JR.,** *Chief of Police for the San Benito Police Department,* Defendants herein and file this their Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

(1)   **PLAINTIFF:**
      Jesus Rodriguez


(2)   **DEFENDANTS;**
      City of San Benito, Texas;

      San Benito Police Department;

      Ricardo Morado, Mayor for the City of San Benito, Texas;

      Gabriel Gonzales, former City Manager for the City of San Benito, Texas; and,

      Richard E. Clark, Jr., Chief of Police for the San Benito Police Department.


(3)   **DEFENDANTS' COUNSEL:**
      J. Arnold Aguilar
      LAW OFFICE J. ARNOLD AGUILAR
      Artemis Square, Suite H-2
      1200 Central Boulevard
      Brownsville, TX  78520


(4)   **DEFENDANT:**
      Cameron County Justice of the Peace David Garza


(5)   **DEFENDANT'S COUNSEL:**
      Francisco J. Martinez
      Assistant District and County Attorney
      974 E. Harrison Street
      Brownsville, TX  78520


(6)   Risk Pool Association
      TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL
      P. O. Box 149194
      Austin, TX  78714-9194

Signed on this the _18th_ day of April, 2002.

                Respectfully submitted,

                **LAW OFFICE**
                **J. ARNOLD AGUILAR**
                Artemis Square, Suite H-2
                1200 Central Boulevard
                Brownsville, Texas  78520
                Telephone   :  (956) 504-1100
                Facsimile    :  (956) 504-1408

By: _/s/ J. Arnold Aguilar_
      J. Arnold Aguilar
      State Bar No. 00936270
      Federal Adm. No. 6822

      Attorney for Defendants,
      CITY OF SAN BENITO, TEXAS,
      SAN BENITO POLICE DEPARTMENT,
      RICARDO MORADO, GABRIEL GONZALES
      and RICHARD E. CLARK, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANTS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** has on this the 19th day of April, 2002, been forwarded via certified mail, return receipt requested to:

Mr. Jesus Rodriguez
2983 Redbird Lane
Huntsville, TX 77320

Mr. Francisco J. Martinez
Assistant District and County Attorney
974 E. Harrison Street
Brownsville, TX 78520

_____
J. Arnold Aguilar