IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILE DIVISION

United States District Court
Southern District of Texas
FILED

APR 26 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JESUS RODRIGUEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| CITY OF SAN BENITO, CAMERON | § | B-02-068 |
| COUNTY, TEXAS, SAN BENITO | § | |
| POLICE DEPARTMENT, | § | |
| DAVID GARZA, RICARDO MORADO, | § | |
| MAYOR, GABRIEL GONZALES, | § | |
| CITY MANAGER, RICHARD E. | § | |
| CLARK, JR., CHIEF OF POLICE, | § | |
| ET AL. | § | |

**DEFENDANT DAVID GARZA'S CERTIFICATE OF DISCLOSURE
OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DAVID GARZA, Defendant herein and files this his Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

(1)   Jesus Rodriguez

(2)   City of San Benito, Texas;

San Benito Police Department;

Ricardo Morado, Mayor for the City of San Benito, Texas;

Gabriel Gonzales, former City Manager for the City of San Benito, Texas; and,

Richard E. Clark, Jr., Chief of Police for the San Benito Police Department.

1

(3)  J. Arnold Aguilar
     LAW OFFICE J. ARNOLD AGULAR
     Artemis Square, Suite H-2
     1200 Central Boulevard
     Brownsville, Texas 78520

(4)  Cameron County Justice of the Peace David Garza

     Cameron County, Texas

Signed on this the  23rd  day of April, 2002.


Respectfully submitted,

**YOLANDA DE LEÓN**
**CAMERON COUNTY AND DISTRICT ATTORNEY**

Cameron County Courthouse
974 E. Harrison
Brownsville, Texas 78520
Telephone: 956/544-0849
Fax: 956/544-0869

BY: _____
    Francisco J. Martinez
    Assistant District and County Attorney
    Texas Bar No. 13141900
    Federal Admission No. 17477
    ATTORNEY FOR DEFENDANT
    DAVID GARZA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANT DAVID GARZ'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** has on this the ___23rd___ day of April, 2002, been forwarded via certified mail, return receipt requested to :

Mr. Jesus Rodriguez
2983 Redbird Lane
Huntsville, Texas 77320
**CM/RRR # 7000 1670 0006 1971 3987**


J. Arnold Aguilar
LAW OFFICE J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
**CM/RRR # 7000 1670 0006 1971 3970**

Francisco J. Martinez
Assistant District and County Attorney

3