UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 9 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JESUS RODRIGUEZ<br>    Plaintiff | )<br>)<br>) |
| v. | )    CIVIL ACTION NO. B-02-068<br>)    MOTION TO<br>)    STAY DISCOVERY<br>)<br>) |
| THE CITY OF SAN BENITO, et al.<br>    Defendants | )<br>) |

### DEFENDANTS' MOTION TO STAY DISCOVERY

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, DAVID GARZA, (Hereinafter Defendant) in this case and files his Motion to Stay Discovery and in support would show this Court the following:

Defendant moves for the entry of an order staying all discovery in this cause pending resolution of Defendant's Motion to Dismiss. Defendant's Motion to Dismiss asserts the defenses of Judicial Immunity, and Qualified Immunity among other defenses.

Wherefore, Defendant respectfully requests:

That this Defendant's motion to stay discovery be granted;

That the court grant Defendant such other and further relief as the court may deem proper.

Respectfully submitted,

CAMERON COUNTY (CRIMINAL DISTRICT)
ATTORNEY'S OFFICE
Cameron County Courthouse
974 E. Harrison Street Brownsville, Texas 78520
Phone: 956-544-0849
Fax No.: 956-544-0869

BY: _____
Francisco J. Martinez
Assistant County Attorney
Texas State Bar No. 13141900
Federal Admission No.: 17477
ATTORNEY FOR DEFENDANT
DAVID GARZA

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above motion, and proposed order has been served on plaintiff and all counsel of record by forwarding a copy of same according to the rules.

_____
Francisco J. Martinez