IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-068 |
| | § | |
| THE CITY OF SAN BENITO, ET AL. | § | |

## ORDER

Pending before the Court is Defendant's Motion to Stay Discovery (Docket No. 6). This Motion does not comply with the Local Rules for the Southern District of Texas. It is **DENIED**.

DONE at Brownsville, Texas, this 26th day of June, 2002.

John Wm. Black
United States Magistrate Judge