IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS RODRIGUEZ § | | |
| § | | AUG 1 6 2002 |
| VS. § | | Michael N. Milby |
| § | CIVIL ACTION NO. | Clerk of Court |
| CITY OF SAN BENITO, CAMERON § | | |
| COUNTY, TEXAS, SAN BENITO § | B - 02 - 068 | |
| POLICE DEPARTMENT, DAVID GARZA, § | | |
| RICARDO MORADO, MAYOR, GABRIEL § | | |
| GONZALES, CITY MANAGER, RICHARD § | | |
| E. CLARK, JR., CHIEF OF POLICE, § | | |
| ET AL. § | | |

United States District Court
Southern District of Texas
FILED

**JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f) F.R.C.P.**

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

    ANSWER: Meeting was held telephonically on August 8, 2002, between Francisco Martinez, attorney for Defendant David Garza and J. Arnold Aguilar, attorney for Defendants City of San Benito, Texas, Ricardo Morado, Gabriel Gonzales, and Richard E. Clark, Jr., (hereinafter City Defendants).

    J. Arnold Aguilar and John J. Jordan, Jr. attempted several times to contact Plaintiff via telephone, but were unsuccessful. A copy of this proposed Rule 26(f) document was sent to Plaintiff via regular mail on August 8, 2002, requesting Plaintiff to respond. As of August 16, 2002, Plaintiff had yet to respond.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

    ANSWER: None.

3. Specify the allegation of federal jurisdiction.

    ANSWER: 28 U.S.C. §§1331 and 1343 (federal question)

4. Name the parties who disagree and the reasons.

   ANSWER:   None.

5. List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

   ANSWER:   None at this time.

6. List anticipated interventions.

   ANSWER:   None at this time.

7. Describe class-action issues.

   ANSWER:   None.

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   ANSWER:   The parties agree to provide initial disclosures by September 30, 2002.

9. Describe the proposed agreed discovery plan, including:

   A. Responses to all the matters raised in Rule 26(f).

      ANSWER:   The parties agree to provide initial disclosures by September 30, 2002.

   B. When and to whom the plaintiff anticipates it may send interrogatories.

      ANSWER:   To all Defendants by October 31, 2002.

C.     When and to whom the defendants anticipate they may send interrogatories.

     ANSWER:     Defendants City of San Benito, Texas, Ricardo Morado, Gabriel Gonzales and Richard E. Clark, Jr. anticipate sending Interrogatories to the Plaintiff by October 31, 2002.

     Defendant David Garza anticipates sending Interrogatories to the Plaintiff by October 31, 2002.

D.     Of whom and by when the plaintiff anticipates taking oral depositions.

     ANSWER:     Of all Defendants and witnesses by February 28, 2003

E.     Of whom and by when the defendants anticipate taking oral depositions.

     ANSWER:     Defendants anticipate taking depositions of Plaintiff and other witnesses by February 28, 2002.

F.     List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

     ANSWER:     Of Defendants' experts by February 28, 2003.

G.     List expert depositions the Defendants anticipate taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

     ANSWER:     Of Plaintiff's experts, by January 15, 2003.

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

    ANSWER:     The parties are in agreement.

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

    ANSWER:     None.

12. State the date the planned discovery can reasonably be completed.

    ANSWER: Discovery should be completed by February 28, 2003.

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

    ANSWER: The parties agree to consider the option of mediation at a later time, if necessary.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

    ANSWER: Plaintiff has made a settlement demand on the City before suit was filed. Defendants have filed Motions to Dismiss under Rule 12(b)(6). The parties agree to consider the option of mediation at a later time, if necessary.

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such technique may be effectively used in this case.

    ANSWER: The parties agree to consider the option of mediation at a later time, if necessary.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    ANSWER: The parties do not agree to trial before a magistrate judge at this time.

17. State whether a jury demand has been made and if it was made on time.

    ANSWER: Yes.

18. Specify the number of hours it will take to present the evidence of this case.

    ANSWER: It is anticipated that Plaintiff's case in chief should take 10 hours to present, the City Defendants' case in chief should take 5 hours to present, and Defendant David Garza's case in chief should take 5 hours to present.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

   ANSWER: (1) Defendant David Garza's Motion to Dismiss Plaintiff's First Amended Petition and Defendant's Supporting Memorandum; and,

   (2) Defendants' Motion to Dismiss filed by Defendants City of San Benito, Texas, Ricardo Morado, Gabriel Gonzales and Richard E. Clark, Jr.

20. List other motions pending.

   ANSWER: None.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   ANSWER: None other than those matters set out above.

23. List the names, bar numbers, addresses and telephone numbers of all counsel.

   ANSWER: Plaintiff Pro Se:
   Jesus Rodriguez
   2983 Redbird Lane
   Huntsville, TX 77320
   (936) 291-0106 (home)
   (936) 436-4016 ext. 1414 (work)

   Attorney for Defendants CITY OF SAN BENITO, TEXAS;
   RICARDO MORADO; GABRIEL GONZALES; and,
   RICHARD E. CLARK, JR.
   J. Arnold Aguilar
   State Bar No. 00936270
   Federal Adm. No. 6822
   John J. Jordan, Jr.
   State Bar No. 00796852
   Federal Adm. No. 21304

   LAW OFFICE J. ARNOLD AGUILAR
   Artemis Square, Suite H-2
   1200 Central Boulevard
   Brownsville, TX 78520
   Telephone   : (956) 504-1100
   Facsimile   : (956) 504-1408

Attorney for Defendant DAVID GARZA
Francisco J. Martinez
State Bar No. 13141900
Federal Adm. No. 17477

CAMERON COUNTY DISTRICT ATTORNEY'S OFFICE
974 E. Harrison
Brownsville, TX 78520
Telephone. : (956) 544-0849
Facsimile : (956) 544-0869

---

Jesus Rodriguez                                    Date

---

*/s/ J. Arnold Aguilar* w/permission              8/16/2002
J. Arnold Aguilar,                                 Date
Counsel for Defendants,
CITY OF SAN BENITO, TEXAS,
RICARDO MORADO, GABRIEL
GONZALES and RICHARD E. CLARK, JR.

---

*/s/ Francisco J. Martinez*                        8/9/2002
Francisco J. Martinez,                             Date
Counsel for Defendant,
DAVID GARZA