*12*

# IN THE UNITED STATES OF AMERICA

# FEDERAL DISTRICT COURT

# FOR THE

# SOUTHERN DISTRICT OF TEXAS

# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 0 2002

Michael N. Milby
Clerk of Court

### CIVIL ACTION NO.  B-02-068

| | |
|---|---|
| <u>JESUS RODRIGUEZ</u><br>    Plaintiff | < ><br>< ><br>< ><br>< > |
| *v.* | < ><br>< > PLAINTIFF'S CERTIFICATE<br>< >     OF DISCLOSURE OF |
| <u>CITY OF SAN BENITO, CAMERON COUNTY, TEXAS,</u><br><u>SAN BENITO POLICE DEPARTMENT,</u><br><u>DAVID GARZA, RICARDO MORADO, MAYOR,</u><br><u>GABRIEL GONZALES, CITY MANAGER,</u><br><u>RICHARD E.  CLARK, JR., CHIEF OF POLICE ET AL.</u><br>        Defendants | < >   INTERESTED PARTIES<br>< ><br>< ><br>< ><br>< ><br>< > |

## *PLAINTIFF'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES*

*Page 1 of 6*

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Jesus Rodriguez, hereinafter called Plaintiff, and files this his *Certificate of Disclosure of Interested Parties*, complaining of the City of San Benito, San Benito Police Department, Ricardo Morado, Mayor, Gabriel Gonzales, City Manager, Richard E. Clark, Jr., Chief of Police, David Garza et al., of San Benito, Cameron County, Texas, hereinafter called the Defendants, and for reason(s) of this lawsuit, would respectfully show the Court the following as interested parties in the outcome of this litigation:

(1) **PLAINTIFF:**

    Jesus Rodriguez
    2983 Redbird Lane
    Huntsville, Texas   77320

(2) **DEFENDANTS:**

    City of San Benito, Texas;

    San Benito Police Department;

    Ricardo Morado, Mayor for the City of San Benito, Texas;

    Gabriel Gonzales, former City Manager for the City of San Benito, Texas; and,

    Richard E. Clark, Jr., Chief of Police of San Benito Police Department.

(3) **DEFENDANTS' COUNSEL:**

    J. Arnold Aguilar
    LAW OFFICE OF J. ARNOLD AGUILAR
    Artemis Square, Suite H-2
    1200 Central Boulevard
    Brownsville, Texas   78520

(4) *DEFENDANT:*

Cameron County Justice of the Peace David Garza

(5) *DEFENDANT'S COUNSEL:*

Francisco J. Martinez
Assistant District and County Attorney
974 East Harrison Street
Brownsville, Texas   78520

(6) Risk Pool Association
TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL
P. O. Box 149194
Austin, Texas   78714-9194

There exists no other party or parties interested, now or in the future, in the outcome of this civil litigation against said Defendants.

*WHEREFORE PREMISES CONSIDERED,* by reason of the foregoing *Certificate of Disclosure of Interested Parties*, Plaintiff, Jesus Rodriguez, now **AFFIRMS** that no other party exists who may be interested, now or in the future, in the outcome of this civil litigation, in complaining of, the City of San Benito, San Benito Police Department, Ricardo Morado, Mayor, Gabriel Gonzales, City Manager, Richard E. Clark, Jr., Chief of Police, David Garza et al., herein called Defendants.

Plaintiff prays for this Court's justice, mercy, respect and understanding.

# May God Almighty's Mercies Be With Us All!

Respectfully Submitted,

*Mr. Jesus Rodriguez*
Plaintiff/Attorney
2983 Redbird Lane
Huntsville, Texas   77320
936/291-0106   Telephone/Facsimile

# CERTIFICATE OF SERVICE

I, Jesus Rodriguez, hereby certify that a true and correct copy of the foregoing Plaintiff's *Certificate of Disclosure of Interested Parties*, has been forwarded to the Attorneys for the Defendants via registered facsimile and/or hand delivery, on August 19, 2002.

Re:  In the United States of America
    *Civil Action No. B-02-068*
    Jesus Rodriguez, Plaintiff  *v.*  City of San Benito, San Benito Police Department, Ricardo
        Morado, Mayor, Gabriel Gonzales, City Manager, Richard E.  Clark, Jr., Chief of Police,
        David Garza et al., Defendants
    In Federal District Court for the Southern District of Texas, Brownsville Division, in
        Cameron County, Brownsville, Texas

FRANCISCO J. MARTINEZ
ASSISTANT DISTRICT AND COUNTY ATTORNEY
CAMERON COUNTY (CRIMINAL DISTRICT) ATTORNEY'S OFFICE
CAMERON COUNTY COURTHOUSE
974 EAST HARRISON STREET
BROWNSVILLE, TEXAS  78520
956/544-0849  Telephone
956/544-0869  Facsimile
ATTORNEY FOR THE DEFENDANT,
DAVID GARZA

LAW OFFICE OF J.  ARNOLD AGUILAR, L. L. P.
ATTORNEYS AT LAW
ARTEMIS SQUARE, SUITE H-2
1200 CENTRAL BOULEVARD
BROWNSVILLE, TEXAS  78520
956/504-1100  Telephone
956/504-1408  Facsimile
ATTORNEY FOR THE DEFENDANTS,
CITY OF SAN BENITO, SAN BENITO
POLICE DEPARTMENT ET AL.

Mr.  Jesus Rodriguez, Plaintiff
Civil Action No.  B-02-068
936/291-0106  Telephone/Fax

*Page 5 of 6*

***FILED:*** Mr.  Butch Barbosa
U. S.  District Clerk
United States District Court
Southern District of Texas
Brownsville Division
600 East Harrison, 1st Floor
Brownsville, Texas   78520


Court Case Manager
Civil Action No.  B-02-068
United States District Court
Southern District of Texas
Brownsville Division
600 East Harrison, 1st Floor
Brownsville, Texas   78520

Page 6 of 6