IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

FEB 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Jesus Rodriguez, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-068 |
| City of San Benito, Cameon County, Texas, San Benito Police Department, David Garza, Ricardo Morado, Mayor, Gabriel Gonzales, City Manger, Richard E. Clark, Jr., Chief of Police, et al. | § § § § § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

On December 3, 2002, Magistrate Judge John William Black issued a report and recommendation in the above-referenced cause of action. Neither party having filed timely objections, this court reviewed the report for plain error and found none.[1] *See* 28 U.S.C. § 636(b)(1) (providing that parties may file objections to magistrate's proposed findings and recommendations within ten days); Fed. R. Civ. P. 72 advisory committee's notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *cf. Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc) (holding that failure to object to magistrate's report in district court "bars a party . . . except on grounds of plain error . . . from attacking [the report] on appeal"). Accordingly, this court accepts

---

[1] Jesus Rodriguez filed objections to the Report and Recommendation on December 30, 2002, seventeen days too late. Rodriguez offered no excuse for his failure to adhere to the ten-day deadline, of which the magistrate's report provided notice as required by *Douglass*, 79 F.3d at 1417.

the magistrate's recommendation and **ORDERS** that the defendants' motions to dismiss the plaintiff's suit in its entirety with prejudice be **GRANTED**.

**Signed** this 28th day of Feb, 2003.

Andrew S. Hanen
United States District Judge