IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILE DIVISION

| | | |
|---|---|---|
| JESUS RODRIGUEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| CITY OF SAN BENITO, CAMERON | § | B-02-068 |
| COUNTY, TEXAS, SAN BENITO | § | |
| POLICE DEPARTMENT, | § | |
| DAVID GARZA, RICARDO MORADO, | § | |
| MAYOR, GABRIEL GONZALES, | § | |
| CITY MANAGER, RICHARD E. | § | |
| CLARK, JR., CHIEF OF POLICE, | § | |
| ET AL. | § | |

### HUMBERTO YZAGUIRRE, JR'S UNOPPOSED MOTION TO APPEAR ON BEHALF OF LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW HUMBERTO YZAGUIRRE, JR. and files this Unopposed Motion Appear on Behalf of Lead Counsel and would respectfully show the following:

I.

Francisco J. Martinez is the attorney of record for Defendant David Garza. However, Mr. Martinez is currently in Houston, Texas and will not be able to attend the hearing scheduled in this Court on August 20, 2002.

II.

Humberto Yzaguirre, Jr. is a member of the State Bar of Texas and is currently in good standing. Further, Mr. Yzaguirre is employed as an Assistant District and County Attorney for Cameron County and is assigned to the Civil Section along with Mr. Martinez.

1

**III.**

Pursuant to Local Rule 1, Humberto Yzaguirre is asking this Court to allow him to appear for Defendant David Garza at the hearing to be held on August 20, 2002 on behalf of Mr. Martinez.

WHEREFORE, Premises considered, Humberto Yzaguirre, Jr. prays this Court allows him to appear on behalf of Defendant David Garza at the hearing to be held on August 20, 2002, in the place of Francisco J. Martinez and to any other relief to which he is entitled to at law or in equity.

Respectfully submitted,

**YOLANDA DE LEÓN**
**CAMERON COUNTY AND DISTRICT ATTORNEY**

Cameron County Courthouse
974 E. Harrison
Brownsville, Texas 78520
Telephone: 956/544-0849
Fax: 956/544-0869

BY: _____
HUMBERTO YZAGUIRRE, JR.
Assistant District and County Attorney
Texas Bar No. 24029922
Federal Admission No. 29395
ATTORNEY FOR DEFENDANT
DAVID GARZA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **HUMBERTO YZAGUIRRE JR.'S UNOPPOSED MOTION TO APPEAR ON BEHALF OF LEAD COUNSEL** has on this the ___20th___ day of August, 2002, been forwarded via certified mail, return receipt requested to :

Mr. Jesus Rodriguez
2983 Redbird Lane
Huntsville, Texas 77320
**CM/RRR # 7000 1670 0006 1971 3468**


J. Arnold Aguilar
LAW OFFICE J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
**CM/RRR # 7000 1670 0006 1971 3451**


HUMBERTO YZAGUIRRE, JR.
Assistant District and County Attorney

3