IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS RODRIGUEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| CITY OF SAN BENITO, CAMERON | § | B-02-068 |
| COUNTY, TEXAS, SAN BENITO | § | |
| POLICE DEPARTMENT, | § | |
| DAVID GARZA, RICARDO MORADO, | § | |
| MAYOR, GABRIEL GONZALES, | § | |
| CITY MANAGER, RICHARD E. | § | |
| CLARK, JR., CHIEF OF POLICE, | § | |
| ET AL. | § | |

**ORDER ON HUMBERTO YZAGUIRRE JR.'S UNOPPOSED
MOTION TO APPEAR ON BEHALF OF LEAD COUNSEL**

On this day came to be heard Humberto Yzaguirre, Jr.'s Unopposed Motion To Appear on Behalf of Lead Counsel and said motion is hereby GRANTED.

SIGNED on this the 21ST day of AUGUST, 2002.

JOHN WM. BLACK
U.S. Magistrate Judge