

# IN THE UNITED STATES OF AMERICA

# FEDERAL DISTRICT COURT

# FOR THE

# SOUTHERN DISTRICT OF TEXAS

# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 3 0 2002

Michael N. Milby
Clerk of Court

### CIVIL ACTION NO.  B-02-068

| | |
|---|---|
| JESUS RODRIGUEZ | < > |
| Plaintiff | < > |
| | < >   PLAINTIFF'S RESPONSES |
| | < > AND WRITTEN OBJECTIONS |
| *v.* | < >  TO MAGISTRATE JUDGE'S |
| | < >    REPORT AND |
| | < >    RECOMMENDATIONS |
| CITY OF SAN BENITO, CAMERON COUNTY, TEXAS, | < > |
| SAN BENITO POLICE DEPARTMENT, | < >      PLAINTIFF'S |
| DAVID GARZA, RICARDO MORADO, MAYOR, | < >   REQUEST FOR HEARING |
| GABRIEL GONZALES, CITY MANAGER, | < > |
| RICHARD E.  CLARK, JR., CHIEF OF POLICE ET AL. | < > |
| Defendants | < > |

## *PLAINTIFF'S RESPONSES AND WRITTEN OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS*
[Proposed Findings, Conclusions, and Recommendations]

## *PLAINTIFF'S REQUEST FOR HEARING*

*Page 1 of 9*

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Jesus Rodriguez, hereinafter called Plaintiff, and files this his ***Responses and Written Objections to Magistrate Judge's Report and Recommendations,*** and ***Request for Hearing***; complaining of the City of San Benito, San Benito Police Department, Ricardo Morado, Mayor, Gabriel Gonzales, City Manager, Richard E.  Clark, Jr., Chief of Police, David Garza et al., of San Benito, Cameron County, Texas, hereinafter called the Defendants, and would respectfully show the Court the following:

## I.

## INTRODUCTION

Jesus Rodriguez, Your Plaintiff, is an individual, and private citizen of the State of Texas and the United States of America, resident of the City of Huntsville, Walker County.

The Defendants, City of San Benito, San Benito Police Department, Ricardo Morado, Mayor, Gabriel Gonzales, City Manager, Richard E.  Clark, Jr., Chief of Police, David Garza et al., of San Benito, Cameron County, Texas, are entities of Municipal and/or City government, duly organized, chartered and/or established under municipality laws and those of the State of Texas, and sole individuals who maintain their principal offices of business in San Benito, Cameron County, Texas.

## II.

### LEGAL FOUNDATIONS

Plaintiff will show, as cause of action, that the Defendants willfully violated the United States Constitution, laws and/or treaties; the Texas Torts Claims Act; Texas Constitution. Id. at 149; Texas Bill of Rights; Texas Civil Practice and Remedies Code, Title 5. Governmental Liability. Chapter 101. Tort Claims, Subchapter B. Tort Liability of Governmental Units, Sections 101.021, 101.0215 and 101.023; Chapter 103. Compensation to Persons Wrongfully Imprisoned; Texas Civil Practice and Remedies Code Annotated, Section 101.025 (Vernon 1986); Injury to a Disabled Individual, Texas Civil Practice and Remedies Code; 42 Civil Rights. Chapter 21, Subchapter 1 Generally. 42 U.S.C. Section 1981; 42 U.S.C. Section 1983; 28 U.S.C. Section 1343; Public Law 101-336; Title I of the Americans with Disabilities Act of 1990, as amended in 1992; Texas Commission on Human Rights Act; U. S. Constitution's Fourteenth Amendment Equal Protection Clause, Due Process Clause; Attorney's Fees Awards Act of 1976, as amended by the Civil Rights Act of 1991; 706(g) of the Civil Rights Act of 1964.

## III.

### CASE FACTS AND ANALYSIS

The Court's background facts and analysis of the statute of limitations issues do not accurately and truthfully reflect the facts making the basis of this lawsuit. The facts have been skewed in favor of the Defendants, and prejudiced the Plaintiff.

The Court has, at face value, accepted as facts or truth Defendants' wrong, false and misleading statements without any bona fide proof and/or evidence to support their contentions.

The Court has greatly prejudiced the Plaintiff.

## IV.

### STATUTES OF LIMITATIONS ISSUES

Plaintiff originally filed his complaint in Huntsville, Walker County, Texas, on May 4, 2001, prior to the two (2) year statute of limitations having run and/or expired.

The complaint was filed in Walker County, Texas, because of immense prejudice against the Plaintiff in Cameron County, by reasons that the Plaintiff felt that he **could not be had nor expect a fair and impartial trial and/or hearing** in the Defendants' Precinct, County and/or surrounding Counties.

The Plaintiff exercised prudence and due diligence in the filing of his original petition as prescribed by law.

State District Court Judge Sandel, Walker County, erred in not affording Plaintiff a venue hearing pursuant to the Texas Rules of Civil Procedure, and released said suit on or about November 28, 2001, to be filed in a proper *venue*; that is, Cameron County. As a direct result of these court errors, beyond the control of the Plaintiff, Plaintiff was not able and/or permitted to re-file said lawsuit in Cameron County until on or about December 28, 2001.

Pursuant to the Texas Civil Practice and Remedies Code, Chapter 16, Section 16.001, Plaintiff is a legally disabled individual; therefore, *the statute of limitations have legally tolled.* *SEE EXHIBIT A.*

Please refer to the court file and records in the district clerk's office, original petition and supplemental, certified or official court papers filed in the State Judicial District Court of Walker County, Texas.

## *V.*

## *TOLLING OF THE STATUTES OF LIMITATIONS*

Existing law has determined that a "physical" or "emotional" legal disability constitutes legal reason and/or justification for the tolling of the statutes of limitations.

Pursuant to the Texas Civil Practice and Remedies Code, Chapter 16, Section 16.001, Plaintiff is a legally disabled individual; therefore, *the statute of limitations have legally tolled.* *SEE EXHIBIT A.*

State District Judge Sandel and District Clerk, Ms. Bernice Coleman, of Walker County, *erred and showed prejudice* in the processing of Plaintiff's lawsuit, in that:

(1)  Service of process and/or citation was not executed and/or complied with pursuant to the rules of civil procedure.

(2)  Regarding a venue issue; no *transfer of venue* hearing [nor any other hearing, for that

*Page 5 of 9*

matter] was afforded to Plaintiff.

(3)  Lawsuit was not dismissed due to venue or immunity issues.

(4)  Lawsuit was not dismissed due to a "frivolous cause of action" nor any other legal issue.

(5)  State Court instructed Plaintiff to file said lawsuit in proper venue *[this, without service of process and/or proper motions being heard or afforded to Plaintiff]*.

(6)  State Court did not properly nor judiciously dismiss the lawsuit.  Plaintiff filed a Motion to Reinstate *[pursuant to a general letter mailed to the Plaintiff by the Court via regular mail]*, and requested a Transfer of Venue hearing.

Plaintiff was denied hearing of said motion(s), and the Court sent notice of such decision to Plaintiff via U.S.  First Class Mail correspondence.

State Court failed to proceed with service of process and to set hearing(s) for motions filed by the Plaintiff.

(7)  Without service of process, or any hearings *afforded* to Plaintiff, the Court *denied* Plaintiff's Motion to Reinstate and Transfer of Venue hearings, and sent notice of such decision to Plaintiff via U.S.  First Class Mail correspondence.

The Court **_NEVER_** issued an **_Order of Dismissal_** due to statute of limitations, improper venue, nor for any other reason.  The Court only *instructed* Plaintiff to file said lawsuit in Cameron County, and sent notice of such decision to Plaintiff via U.S.  First Class Mail correspondence, again, *without affording Plaintiff a hearing.  SEE EXHIBITS B and C.*

*PLAINTIFF EXERCISED GOOD FAITH, PRUDENCE AND DUE DILIGENCE IN THE*

*FILING OF THIS LAWSUIT, AND SHOULD, THEREFORE, NOT BE DISMISSED IN*

*LAW AND EQUITY.*

## VI.

### PRAYER FOR JUST RELIEF

**WHEREFORE PREMISES CONSIDERED,** by reason of the foregoing vicious, malicious and

wrongful acts of the Defendants, Your Plaintiff, Jesus Rodriguez, prays that this Honorable

Court take into advisement and/or accept in its entirety(s), his *Responses and Written Objections*

*to Magistrate Judge's Report and Recommendations,* and *Request for Hearing*; in complaining

of the City of San Benito, San Benito Police Department, Ricardo Morado, Mayor, Gabriel

Gonzales, City Manager, Richard E.  Clark, Jr., Chief of Police, David Garza et al., herein called

Defendant(s), and that this lawsuit(s) proceed on its own merits.

**Plaintiff prays for this Court's justice, mercy, respect and understanding.**

# May God Almighty's Mercies Be With Us All!

Respectfully Submitted,

*Mr.  Jesus Rodriguez*
**Mr.  Jesus Rodriguez**
Plaintiff/Attorney
2983 Redbird Lane
Huntsville, Texas   77320
936/291-0106   Telephone/Facsimile

# EXHIBIT A

RODRIGUEZ, JESUS

**FOLLOWUP EXAM:** 1-13-2000

**S:** Mr. Rodriguez comes to the clinic for followup on diagnostic studies. He continues to report pain in his back and leg weakness.

**O:** No change in neuro exam since 12-14-99.

**EMG/NCS:** (12-17-99) Findings suggestive of motor neuron disease affecting right lower extremity, in this clinical case poliomyelitis.

**MRI LUMBAR SPINE:** (1-5-2000) Chronic degenerated intervertebral disc T-11/T-12, T-12/L-1 and lower thoracic kyphosis.

**ASSESSMENT/PLAN:** Forty-four year old right-handed male with history of poliomyelitis in childhood reporting worsening of right leg weakness and low back pain. At this time his diagnostic studies do not suggest any surgical lesion. I feel that the patient is suffering from post-poliomyelitis syndrome which has lead to change in body posture over years due to depending on his left leg secondary to right leg weakness. Patient is recommended to avoid any strenuous activity (such as standing/walking more than he can tolerate) which would aggravate his low back pain and leg weakness.

Given the chronicity of poliomyelitis the prognosis for full recovery is poor and there is likelihood that as he progresses in age he may begin with radiculitis and possibly activate poliomyelitis. I have discussed the patient's symptoms and possible causes with him in length. I have told him in the event his symptoms become worse I will consider repeating EMG/NCS over the next 6-12 months.

SAJID Z. MALIK, M.D.

SMZ/bkr

cc: Dr. A. Bhuriwala



Huntsville Memorial Hospital

# RADIOLOGY REPORT

NAME: RODR.   /EZ,JESUS
PHYS: Malik,Sajid
DOB: 09/15/1955 AGE: 44    SEX: M
ACCT: H00000143627 LOCAT: MRI
EXAM DATE: 01/05/2000 STATUS: REG REF
RADIOLOGY NO: 20005104
UNIT NO: M000047490

Malik,Sajid
2804 LAKE RD #7
HUNTSVILLE, TEXAS 77340

EXAMS: 000099865 MRI LUMBAR W&W/O CONTRAST

HISTORY: Low back pain, auto accident one year ago, previous polio
with right leg paralysis, and pain right leg

MRI of the lumbar spine performed with proton density and T2 sagittal
sequence, T1 coronal sequence and pre and post Gadolinium T1 sagittal
sequence and pre and post Gadolinium T1 axial sequence.

There is demonstration of mild kyphosis at T-=11 T-12 in association
with chronic degeneration of T-11 T-12 and T-12 L-1 intervertebral
disc. No herniated nucleus pulposus is demonstrated. There is no
spinal stenosis. The neural foramina are patent. Signal in the
vertebral bodies is normal. Conus is visualized with no evidence of
tumor.

IMPRESSION; Mild lower thoracic kyphosis secondary to chronic
degeneration of T-11 T-12 and T-12 L-1 intervertebral disc, otherwise
negative.

** REPORT SIGNATURE ON FILE 01/06/2000 **
REPORTED BY: WARREN E. HINTON M.D.
SIGNED BY:   WARREN HINTON

CC: Malik,Sajid

TECHNOLOGIST: GLORIA NEWMAN  R.T.
TRANSCRIBED DATE/TIME: 01/06/2000 (0944)
TRANSCRIPTIONIST: RAD.MG
PRINTED DATE/TIME: 01/06/2000 (1151)

PAGE 1                    Malik,Sajid

HTVL NEURO CLINIC
2804 Lake Rd. # 7
Huntsville, Tx 77340

CROCKETT
HUNTSVILLE
LIVINGSTON
MADISONVILLE

## EMG/NCS REPORT

| | | | |
|---|---|---|---|
| Name: | J RODRIGUEZ | Patient ID: | 466 94 9502 |
| Address: | | Date: | Dec 17 1999 |
| City: | | Gender: | MALE |
| Ref. Phys: | DR. A. BHURIWALA | Age: | 44 |
| Exam. Phys: | DR. S. MALIK | Weight: | 220 LBS |
| Refrd. For: | LEG WEAKNESS/BACK PA | Height: | 5' 10" |

**Motor Nerve Conduction:**

| Nerve/Sites | Lat1 ms | Lat2 ms | Dur ms | Amp mV | Area mVms | Segment | Dist mm | Dif ms | CV m/s |
|---|---|---|---|---|---|---|---|---|---|
| L Peroneal EDB | Comment: | | | | | | | | |
| Ankle | 4.4 | 10.6 | 6.2 | 4.7 | 14.8 | Ankle-Ankl | 75 | | |
| Fib head | 11.0 | 17.0 | 6.0 | 4.1 | 11.4 | Fib hea-An | 282 | 6.6 | 43 |
| Knee | 13.0 | 18.8 | 5.8 | 4.0 | 11.8 | Knee-Fib h | 100 | 2.0 | 50 |
| L Tibial AH | Comment: | | | | | | | | |
| Ankle | 3.2 | 8.8 | 5.6 | 7.4 | 19.5 | Ankle-Ankl | 75 | | |
| Pop fossa | 12.4 | 18.0 | 5.6 | 6.8 | 18.2 | Pop fos-An | 402 | 9.2 | 44 |
| R Peroneal EDB | Comment: | | | | | | | | |
| Ankle | 3.8 | 9.8 | 6.0 | 10.6 | 33.7 | Ankle-Ankl | 75 | | |
| Fib head | 9.4 | 16.0 | 6.6 | 10.1 | 33.3 | Fib hea-An | 275 | 5.6 | 49 |
| Knee | 11.6 | 18.4 | 6.8 | 9.2 | 31.6 | Knee-Fib h | 100 | 2.2 | 45 |
| R Tibial AH | Comment: | | | | | | | | |
| Ankle | 3.2 | 8.8 | 5.6 | 9.4 | 23.8 | Ankle-Ankl | 75 | | |
| Pop fossa | 12.0 | 17.2 | 5.2 | 8.9 | 22.3 | Pop fos-An | 387 | 8.8 | 44 |

**F-waves:**

| Nerve/Sites | Lat1 ms | Lat2 ms | Dur ms | Amp mV | Area mVms | Segment | Dist mm | Dif ms | CV m/s |
|---|---|---|---|---|---|---|---|---|---|
| L Peroneal | Comment: | | | | | | | | |

J RODRIGUEZ, ID 466 94 9502

|  |  |  |  |  |
|--|--|--|--|--|
| EDB |  |  |  |  |
| Ankle | 49.2 | 49.2 | 17.3 | Ankle-Ankl |
| L Tibial | Comment: |  |  |  |
| AH |  |  |  |  |
| Ankle | 52.8 | 52.8 | 55.1 | Ankle-Ankl |
| R Peroneal | Comment: |  |  |  |
| EDB |  |  |  |  |
| Ankle | 47.6 | 47.6 | 33.0 | Ankle-Ankl |
| R Tibial | Comment: |  |  |  |
| AH |  |  |  |  |
| Ankle | 50.0 | 50.0 | 50.9 | Ankle-Ankl |

*Sensory Nerve Conduction:*

| Nerve/Sites | Lat1 ms | Lat2 ms | Dur ms | Amp uV | Area uVms | Segment | Dist mm | Dif ms | CV m/s |
|-------------|---------|---------|--------|--------|-----------|---------|---------|--------|--------|
| L Sural |  |  |  |  |  |  |  |  |  |
| Ankle | Comment: |  |  |  |  |  |  |  |  |
| Lower leg | 2.8 | 3.4 | 0.6 | 16.0 | 5.9 | Lower l-An |  | 2.8 |  |
|  | 2.7 | 3.4 | 0.7 | 16.7 | 6.1 | -Lower l |  | 0.1 |  |
| R Sural |  |  |  |  |  |  |  |  |  |
| Ankle | Comment: |  |  |  |  |  |  |  |  |
| Lower leg | 2.4 | 3.6 | 1.2 | 14.1 | 8.3 | Lower l-An |  | 2.4 |  |
|  | 2.4 | 3.6 | 1.2 | 15.6 | 8.3 | -Lower l |  |  |  |

*H Reflex:*

| Nerve/Sites | Lat1 ms | Lat2 ms | Dur ms | Amp mV | Area mVms | Segment | Dist mm | Dif ms | CV m/s |
|-------------|---------|---------|--------|--------|-----------|---------|---------|--------|--------|
| L Tibial |  |  |  |  |  |  |  |  |  |
| AH | Comment: |  |  |  |  |  |  |  |  |
| Ankle | 33.4 |  | 33.4 |  | 86.0 | Ankle-Ankl |  |  |  |
| R Tibial | Comment: SL DEC. AMP. |  |  |  |  |  |  |  |  |
| AH |  |  |  |  |  |  |  |  |  |
| Ankle | 34.4 |  | 34.4 |  | 87.7 | Ankle-Ankl |  |  |  |

*EMG Needle Report:*

| | Inser Act | Fibs | Pos Waves | Fascics | Polyphasic | MUP Amp | MUP Dur | MUP Config | MUP Pattrn | Max Amp | Max Pattern | Max Effort |
|--|-----------|------|-----------|---------|------------|---------|---------|------------|------------|---------|-------------|------------|
| L Tibial ant | Normal | None | None | None | None | Normal | Normal | Normal | Normal | Normal | Full | Normal |
| L Vastus lat | Normal | None | None | None | None | Normal | Normal | Normal | Normal | Normal | Full | Normal |
| L Gastrocnem | Normal | None | None | None | None | Normal | Normal | Normal | Normal | Normal | Full | Normal |
| L High-Lumbo | Increased | None | None | None | None | Normal | Normal | Normal | Normal | Normal | Full | Normal |

2

J RODRIGUEZ, ID 466 94 9502

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L Mid-Lumbo | Normal | None | None | None | None | Normal | Normal | Normal | Normal | Normal | Full | Normal |
| L Low-Lumbo | Normal | None | None | None | None | Normal | Normal | Normal | Normal | Normal | Full | Normal |
| R Tibial ant | Normal | None | None | None | Few | Increased | Normal | Doublets | Normal | Normal | Full | Normal |
| R Vastus lat | Normal | None | None | Few | None | Increased | Normal | Doublets | Normal | Normal | Moderate | Normal |
| R Gastrocnem | Normal | None | None | Few | None | Increased | Normal | Normal | Normal | Normal | Full | Normal |
| R High-Lumbo | Normal | None | None | None | None | Normal | Normal | Normal | Normal | Normal | Moderate | Normal |
| R Mid-Lumbo | Normal | None | None | None | None | Normal | Normal | Normal | Normal | Normal | Full | Normal |
| R Low-Lumbo | Normal | None | None | None | None | Normal | Normal | Normal | Normal | Normal | Full | Normal |

**Impression:** Findings support the clinical history of Poliomyelitis i.e. motor neuron disease involving right lower extremity, without any active denervation or any evidence of neuropathy/radiculopathy.

S. Z. Malik, M.D.
Neurologist
Fellow in Clinical Neurophysiology

3

# Huntsville Neuro Clinic

2804 Lake Rd. Suite 7          Tel: (409) 295-7333
Huntsville, TX 77340           Fax: (409) 295-8111


**NAME:**  RODRIGUEZ, JESUS
**SSN:**   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
**DOB:**   9-15-1955

**REFERRING PHYSICIAN:** Dr. A. Bhuriwala
**DATE OF EXAM:** 12-14-99


**CHIEF COMPLAINT:** "Back pain and leg weakness."

**HPI:** The patient is a 44 y/o RHHM who states that he has
been experiencing low back pain at times sharp and shooting.
He states that it feels as if something is being pushed in
his back. He states that throughout the day he has to assume
different positions in order to get relief. He states that
on occasion he has noted that his leg weakness is worse.

Patient reports that he has history of polio since childhood.
He has used braces for his right leg throughout his life. He
states that for the past year or so when his back pain began
he has been experiencing frequent muscle cramps associated
with his leg pain on the right side. Occasionally he states
that his entire body tends to jerk. He states that about
1 1/2 years ago he suffered a trauma to his low back while
riding in a car. He states that since then he has been
experiencing almost daily pain. He does not know what time
the pain can start but he notes that staying in one position
often exacerbates the symptoms. Patient denies any change in
cognition, speech, language, visual changes, N/V, H/A,
hemiparesis, hemiparesthesia associated with current
symptoms.

**PMH/PSH:** Denies history of HTN, CAD or DM. Had polio onset
at age 1. In 1986 he fractured his elbow.

**ALLERGIES:** NKDA.

**MEDICATIONS:** None.

**FH/SH:** Father, 73, mother, 66, are healthy. Three siblings
and 3 children are healthy. The fourth child (14 y/o) has
Down's syndrome. He denies tobacco or ETOH use. He enjoys
basketball when he is not having pain. He has two bachelor
degrees and 1 master degree from University of Texas Austin.
He lives with his wife who is in good health.

**ROS:** Reports difficulty with walking due to back pain and
leg weakness. Denies cardiopulmonary, GI or GU complaints.

RODRIGUEZ, JESUS
page 2
12-14-99

**NEUROLOGICAL EXAMINATION:** He appears to be of his stated
age. He is 5'10" tall and weighs about 220 lbs. He walks to
the examining room with marked antalgic gait. He is dressed
and groomed appropriately for the occasion. He does not
appear to be in acute distress. He is alert and oriented to
time, person, place and the situation.

His speech is clearly understood, with fluent and articulated
sentences. Language is intact for reception, comprehension
and expression. His memory is intact for remote, recent and
immediate recall. He appears to be functioning at the average
intellectual level.

**CRANIAL NERVES/HEENT:** Head is atraumatic and normocephalic.
He is able to smell the coffeebeans. Pupils are equal round
and reactive to light and accommodation. Extraocular
movements are intact. No nystagmus noted. Visual fields are
intact to confrontation. No papilledema noted on fundoscopic
exam. Corneal reflex and tearing intact. Face is
symmetrical to eye closure/frowning/grimace and sensory
modalities. Masseter muscles are intact. Hearing is intact
for finger rubbing and tapping sound. Uvula is in midline
with intact gag reflex. Tongue in in midline on protrusion,
with full range of motion and with no fasiculations.
Sternocleidomastoid & Trapezius muscles function is intact.
Neck is supple. No cranium or carotid bruits noted.

**SENSORY:** Decrease in light touch/pin prick is noted in right
L3, L4, L5, S1 dermatome. Tenderness is elicited in
percussing lower thoracic and lumbar spine area. Otherwise
sensory is intact to light touch/ pin prick/ proprioception/
vibration/ graphesthesia/ stereognosis bilaterally. No
sensory level noted.

**MOTOR:** Strength is 4+/5 proximally and 3/5 distally in right
lower extremity, with marked atrophy especially of tibialis
anterior and gastroc muscles. His left calf circumfrence is
47 cm. whereas right is 34 cm. Overall generalized atrophy
is noted in right lower extremity as compared to left. Left
lower extremity appears to be hypertrophied as compared to
right. Otherwise strength is 5/5 in other three extremities
with normal range of motion and without any atrophy.

**COORDINATION:** Finger-nose-finger test, rapid alternating
movements, fine finger movements and heel-knee-shin test are
normal bilaterally.

RODRIQUEZ, JESUS
page 3
12-14-99

**GAIT/STANCE:** His right leg appears to be slightly shorter than left and when he walks he has marked antalgic and hemiparetic, especially right hemiparetic gait. He has difficulty walking on his toes, heels or tandem walk when asked to do so due to his right leg weakness.

**REFLEXES:** Finger-flexors, brachioradialis, biceps, triceps are 1+, quadriceps, gastrocnemius tendon reflexes are 2+ bilaterally. Plantar responses are equivocal bilaterally.

**ASSESSMENT/PLAN:** Forty-four year old right-handed Hispanic male reporting low back pain ongoing for the past 1 1/2 years along with right leg weakness, and history of polio since childhood. His neurological examination is remarkable for marked right lower extremity atrophy with right antalgic/hemiparetic gait along with decrease in light touch/pin prick in low lumbar dermatome and some tenderness on percussing lower thoracic and lumbar spine area. In this clinical setting one needs to exclude the possibility of lower thoracic/lumbar radiculopathy in addition to the progression of poliomyelitis.

Given the patient bears about 80% of his body weight on his left leg he is more susceptible to any radiculopathy from mild trauma in addition to his underlying polio. Oftentimes polio syndrome becomes progressive with age. Hence the patient is advised to undergo EMG/NCS for further evaluation along with MRI of his lower thoracic and lumbo-sacral spine. After the diagnostic studies I will be able to better understand if patient is suffering from post-polio syndrome or active radiculitis.

I have discussed the patient's symptoms and possible causes with him in length. I have answered all his pertinent questions. He is willing to follow up on recommendations as noted above. He is to return to the clinic at our mutual convenience to undergo neurophysiology testing.

SAJID Z. MALIK,M.D.

SMZ/bkr

cc: Dr. A. Bhuriwala

8:00 L

**Progress Notes**

Date: 9/17/99

ALLERGIES □

| Patient's Last Name | First | Doctor | Nurse |
|---|---|---|---|
| Rodriguez | Jesus | | (Su) |

| Age | Temp | Pulse | Resp | BP | Weight | Ht |
|---|---|---|---|---|---|---|

CC:

HEAD–EYES
\_\_ Conjunctiva \_\_ Fields
\_\_ Sclera \_\_ Ptosis
\_\_ Exophthalmos \_\_ Cornea
\_\_ Ophthalmoscopic \_\_ Pupil
\_\_ Movement \_\_ Tension
\_\_ Nystagmus \_\_ Lid–lag
\_\_ Acuity \_\_ Other

EARS
\_\_ Drums \_\_ Mastoid
\_\_ Hearing \_\_ Other
\_\_ Discharge

NOSE
\_\_ Airways \_\_ Septum
\_\_ Transillumination \_\_ Mucosa
\_\_ Sinus Tenderness \_\_ Other

MOUTH
\_\_ Breath \_\_ Tongue
\_\_ Lips \_\_ Salivary Ducts
\_\_ Teeth \_\_ Other
\_\_ Gums

THROAT
\_\_ Tonsils \_\_ Uvula
\_\_ Pharynx \_\_ Post-nasal Drip
\_\_ Palate \_\_ Other

LYMPH NODES
\_\_ Cervical \_\_ Inguinal
\_\_ Epitrochlear \_\_ Occipital
\_\_ Supraclavicular \_\_ Other
\_\_ Axillary

NECK
\_\_ Stiffness \_\_ Vessels
\_\_ Masses \_\_ Trachea
\_\_ Thyroid \_\_ Other

CHEST
\_\_ Respirations \_\_ Shape
\_\_ Symmetry \_\_ Other

BREAST
\_\_ Masses \_\_ Nipples
\_\_ Discharge \_\_ Other

HEART
\_\_ Sounds M1 \_\_ Thrill
\_\_ P2 \_\_ Pulsation
\_\_ A2 \_\_ Murmurs
\_\_ Third \_\_ Friction
\_\_ Apical Impulse \_\_ Shock
\_\_ Gallop \_\_ Rhythm
\_\_ Rate \_\_ Other

LUNGS
\_\_ Whispered Voice \_\_ Fremitus
\_\_ Percussion \_\_ Spoken Voice
\_\_ Breath Sounds \_\_ Other
\_\_ Adventitious

ABDOMEN
\_\_ Contour \_\_ Liver
\_\_ Kidneys \_\_ Peristalsis
\_\_ Scars \_\_ Spleen
\_\_ Hernia \_\_ Tenderness
\_\_ Masses \_\_ Rigidity
\_\_ Fluid \_\_ Other

RECTAL
\_\_ Fissure \_\_ Prostate
\_\_ Seminal Vesicles \_\_ Fistula
\_\_ Hemorrhoids \_\_ Feces
\_\_ Sphincter \_\_ Other
\_\_ Masses

GENITOURINARY–MALE
\_\_ Vas \_\_ Penis
\_\_ Discharge \_\_ Scars/Lesions
\_\_ Testis \_\_ Hernia
\_\_ Scrotum \_\_ Other
\_\_ Epididymis

GENITOURINARY–FEMALE
\_\_ External \_\_ Adnexa
\_\_ Vagina \_\_ Discharge
\_\_ Urethra \_\_ Bladder
\_\_ Uterus \_\_ Other
\_\_ Cervix

EXTREMITIES
\_\_ Color \_\_ Ulcers
\_\_ Edema \_\_ Varicosities
\_\_ Tremor \_\_ Other
\_\_ Clubbing

BONES–JOINTS-MUCLES
\_\_ Deformities \_\_ Tenderness
\_\_ Swelling \_\_ Limit of motion
\_\_ Redness \_\_ Other

BLOOD VESSELS
\_\_ Pulses \_\_ Vessel Walls
\_\_ Quality \_\_ Other

SKIN
\_\_ Color \_\_ Eruption
\_\_ Moisture \_\_ Nails
\_\_ Texture \_\_ Nodule
\_\_ Pigment \_\_ Hair
\_\_ Ecchymosis \_\_ Other
\_\_ Petechiae

NEUROLOGICAL
\_\_ Gait \_\_ Cranial Nerves
\_\_ Motor \_\_ Vibratory
\_\_ Romberg \_\_ Coordination
\_\_ Sensory \_\_ Other
\_\_ Reflexes

ENDOCRINE
\_\_ Weight \_\_ Temp Intol
\_\_ Thirst \_\_ Voice Changes
\_\_ Hair \_\_ Other

PSYCHIATRIC
\_\_ Orientation to time, place, person
\_\_ Recent and remote memory
\_\_ Mood and affect
\_\_ Other

DIAGNOSIS
1. V66   2. 045.90
3. 734.2   4.
5.   6.

045.90 - Neuro Dr Ieder → RCGG1Q1-001
724.2 - Back Dr Spark · RCGG1Q1-002.
Both 3rd l 3 visits.

Pt has a Ht of childhood Poliomyelitis
affecting (R) leg. and had MVA
1998 - leads to Back pain.
Please evaluate if he qualifies for
American Disabilities Act for alteration in
Job requirements.

Dr Spark - Ortho - 409-539-2663
Dr Ieder - Neuro - 409.

- lipid profile
- CMP
- PSA
- HA.C.
- CBC

Procedure _____

F/U Visit _____

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## Request For A Reasonable Workplace Accommodation
## Due To A Disability

*page 1/2*

| FOR AGENCY USE ONLY |
| --- |
| Request Number: |

Print Name: *Jesus Rodriguez*　　　　Social Security No: *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*

Job Title/Group and Increment: *Instructional Officer I*　Unit/Department: *Windham*

1. If no position in your current Salary Group and Increment for which you are qualified becomes available within the 90-day search period, you may request to be placed in a lower salary group and increment. Please indicate the lowest Salary Group that you are willing to accept. No offer will be extended for a position below the Salary Group indicated. You will not be considered for a higher Salary Group once you have accepted any position at this Salary Group or above. Lowest Salary Group you will accept:

Salary Schedule A Group: _____　　Salary Schedule B Group: _____　　Salary Schedule C Group: _____

2. State your geographic preferences, indicating all units or areas where you are willing to work and/or relocate: _____
*Huntsville*

3. Describe the essential functions of your job, that you are unable to perform without special workplace accommodations:
*Prolonged driving without rest stops, walking long distances to campuses/unit departments, ascending/descending stairways and step ramps, carrying PPT note and carrying books materials, et*

4. Describe the physical/mental limitation(s) that prevents you from performing the essential function(s) of your current job:
*Walking long distances, ascending + descending stairways, walking up/down step ramps, driving long distances, carrying lesson materials, walking on uneven surfaces, sun cause by braces, etc*

5. Describe the workplace accommodation(s) requested that would permit you to perform the essential function(s) of your current job:
*Reassignment to easily accessible office and campuses, reassignment into a vacant position, no climbing/descending stairways and/or step ramps/uneven surfaces, access WSD units, pool at all times, time allowances, readily access-*

Signature: *Jesus Rodriguez*　　　　Date: *9/15/99*

Phone Number with Area Code: *(409) 291-0106*　　*(409) 295-9126*
　　　　　　　　　　　(Area Code)　HOME　　　　(Area Code)　WORK

Mailing Address: *2983 Redbird Lane / Huntsville, Texas 77320*
　　　　　　　　STREET　　　　　　CITY　　STATE　ZIP

Texas Department of Criminal Justice
Human Resources Headquarters
Labor Relations
3009 Highway 30 West
Huntsville, Texas 77340

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

## Request For A Reasonable Workplace Accommodation
## Due To A Disability

*Continued: page 2/2*

> FOR AGENCY USE ONLY
>
> Request Number

Print Name: *Jesus Rodriguez*    Social Security No: *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*

Job Title/Group and Increment: *Instructional Officer I*    Unit/Department: *Windham*

1. If no position in your current Salary Group and Increment for which you are qualified becomes available within the 90-day search period, you may request to be placed in a lower salary group and increment. Please indicate the **lowest** Salary Group that you are willing to accept. No offer will be extended for a position below the Salary Group indicated. You will not be considered for a higher Salary Group once you have accepted any position at this Salary Group or above. Lowest Salary Group you will accept:

   Salary Schedule A Group: _____    Salary Schedule B Group: _____    Salary Schedule C Group: _____

2. State your geographic preferences, indicating all units or areas where you are willing to work and/or relocate: _____
   *Huntsville*

3. Describe the essential functions of your job, that you are unable to perform without special workplace accommodations:
   *Serving as an errand "boy" and delivery person. Setting up for meetings, conferences and inservices, etc.*

4. Describe the physical/mental limitation(s) that prevents you from performing the essential function(s) of your current job:
   *Accessing out of reach materials, office equipment and classrooms; unit departments and officers dining room, etc.*

5. Describe the workplace accommodation(s) requested that would permit you to perform the essential functions of your current job:
   *ible leading parking, office materials and equipment and classrooms and modifications/changes in rules, procedures and policies in emergency situations and/or when appropriate and necessary.*

Signature: *Jesus Rodriguez*    Date: *9/15/99*

Phone Number, with Area Code: *(409) 291-0106*    *(409) 295-9126*
(Area Code)    HOME    (Area Code)    WORK

Mailing Address: *2983 Redbird Lane / Huntsville, Texas 77320*
STREET    CITY    STATE    ZIP

Texas Department of Criminal Justice
Human Resources Headquarters
Labor Relations
3009 Highway 30 West
Huntsville, Texas 77340

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## Authorization For Release
## Of Medical Information

(Patient) Employee's Full Name: _Rodriguez_, _Jesus_ _—_

Last Name    First Name    MI

Social Security Number: _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_

**To Whom It May Concern:**

You are hereby expressly authorized to release and furnish to the Employee Relations/Technical Assistance Section, Texas Department of Criminal Justice, and/or any associate, assistant, representative, agent, or employee thereof, any and all desired information, (including, but not limited to, office records, medical reports, memos, hospital records, laboratory reports, including results of any and all tests including alcohol and/or drug tests, X-rays, X-ray reports, including copies thereof) pertaining to the physical and/or mental condition (past, present, and/or future) of myself.

Photostatic copies of this signed authorization will be considered valid.

This is not a release of claims for damages.

Employee's Signature: _Jesus Rodriguez_    Date: _9/15/99_

Please sign the above medical authorization and return it so that we may secure release of your medical records.

Thank you,

ADA Coordinator
Texas Department of Criminal Justice

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## MEDICAL INFORMATION FORM

Please return this information to the ADA Coordinator at Fax 409-437-4010 or address to TDCJ, Employee Relations, 3009 Highway 30 West, Huntsville, Texas 77340

Your Patient _Jesus Rodriquez_ , SSN: _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_ has applied for a workplace accommodation under the Americans with Disabilities Act. Attached is a copy of the job description and/or the physical/mental characteristics. Please provide the following requested information based on those essential functions and characteristics or your medical/psychological evaluation.

Diagnosis: _#1 Polio myelitis, Rt leg._
_#2 Back pain b/c of MVA_

When was patient first diagnosed with this condition? _Polio - Childhood. Back pain in 1998_

When did you first treat the patient for this condition? _Partner saw first time in 4/98._
_Saw pt 18th in 7/01/11_

Prognosis: _Polio - life long. Back pain - being worked up by ortho_

Limitations/Restrictions: _Full Recommedation based on Ortho +_
_Neurology Recommedation. Temporary as in letter attached._

Is this condition permanent or temporary? _Polio - permanent._
_Back pain → under workup._

If temporary, please state the extent, duration or long term effects of the disability. _____

_9/15/11_
Date
(409) 436-1766.
Telephone Number
405-435-1109.
Fax Number

_9/15/11_
Doctor's Signature
BHURIWALA ALI AKBAR MD
Doctor's Printed Name
1508 11th Street Huntsville Tx 77340
Street Address

_____
City, State, Zip


FAXED
9/15
9/15


**PlusCare**

MURTAZA MAHESRI, M.D.
*Diplomate American Board of Internal Medicine*

ALI AKBAR BHURIWALA, M.D.
*Diplomate American Board of Internal Medicine*

To
Mr Morrow;

Dear Sir
      This letter is written in line with a request by Mr Rodriguez for ADA Accomodation regarding his work assignment.
      Sir, as you know Mr Rodriguez does have Poliomyelitis affecting his left leg. He also injured his back due to an MVA which he had in 1998.
      Mr Rodriguez has requested me to assist him to get reassigned to another position with ADA Accomodation. At this time I have requested him to be evaluated by a Neurologist and an Orthopaedic Doctor to better evaluate his case.
      At this time I would recommend a temporary Reassignment for Mr Rodriguez if possible.
      If you have any questions, feel free to call me.

Sincerely Yours.

Ali AB
9/13/99

FAXED

1510 Eleventh Street • Huntsville, TX 77340 • Tel: (409) 436-1786 • Fax: (409) 435-1109

# EXHIBIT B

CAUSE NO. 21,169-C

| | | |
|---|---|---|
| JESUS RODRIGUEZ | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| V. | § | WALKER COUNTY,  TEXAS |
| | § | |
| | § | |
| CITY OF SAN BENITO, CAMERON | § | |
| COUNTY, TEXAS, SAN BENITO POLICE | § | |
| DEPARTMENT, DAVID GARZA, | § | |
| RICARDO MORADO, MARYOR, | § | |
| GABRIEL GONZALES, CITY MANAGER, | § | |
| RICHARD E. CLARK, JR., CHIEF OF | § | |
| POLICE, ET AL | § | 278TH  JUDICIAL DISTRICT |

## ORDER

On this the 17th day of September, 2001, the Court considered the Plaintiff's

Motion to Reinstate and decided that the motion should be denied.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that said motion is

denied.

SIGNED this the 17th day of September, 2001.

_Jerry A. Sandel_

_____

**JUDGE PRESIDING**

FILED

TIME _11:00_
_17_ DAY OF _Sep_ 20 _01_
BERNICE COLEMAN
District Clerk, Walker County
By _____
                Deputy

A TRUE COPY I CERTIFY UNDER MY HAND
AND SEAL OF OFFICE.
BERNICE COLEMAN CLERK DISTRICT COURT
WALKER COUNTY, TEXAS
BY _____ DEPUTY

EXHIBIT C

July 25, 2001



**JERRY A. SANDEL**
STATE DISTRICT JUDGE

278TH JUDICIAL DISTRICT
WALKER, MADISON
GRIMES & LEON
COUNTIES

WALKER COUNTY COURTHOUSE
1100 UNIVERSITY AVENUE, SUITE 304
HUNTSVILLE, TEXAS 77340
TELEPHONE (936) 436-4916
FACSIMILE (936) 436-4917

Mr. Jesus Rodriguez
2983 Redbird Lane
Huntsville, TX 77320

      Re:    Cause No. 21,169-C; Jesus Rodriguez v. City of San
               Benito, Cameron County, Texas, San Benito Police
               Department, David Garza, Ricardo Morado, Mayor,
               Gabriel Gonzales, City Manager, Richard E. Clark,
               Jr., Chief of Police

Dear Mr. Rodriguez:

The petition in the captioned matter was improperly filed in Walker
County as venue does not lie in this county.

The District Clerk is being instructed by me to close this file. If you
wish to pick up the originals you may do so by coming by the clerk's
office in the courthouse.

               Sincerely,

               Jerry A. Sandel

               Jerry A. Sandel
               District Judge

JAS:lm

cc:    Bernice Coleman
       District Clerk

# CERTIFICATE OF SERVICE

I, Jesus Rodriguez, hereby certify that a true and correct copy of the foregoing Plaintiff's *Responses and Written Objections to Magistrate Judge's Report and Recommendations,* and *Request for Hearing*; has been forwarded to the Attorneys for the Defendants via registered facsimile and U. S. First Class Priority Mail, on December 25, 2002.

Re: In the United States of America
    *Civil Action No.  B-02-068*
    Jesus Rodriguez, Plaintiff  *v.*  City of San Benito, San Benito Police Department, Ricardo
        Morado, Mayor, Gabriel Gonzales, City Manager, Richard E.  Clark, Jr., Chief of Police,
        David Garza et al., Defendants
    In Federal District Court for the Southern District of Texas, Brownsville Division, in
        Cameron County, Brownsville, Texas

YOLANDA DE LEON
CAMERON COUNTY AND DISTRICT ATTORNEY
FRANCISCO J.  MARTINEZ
HUMBERTO YSAGUIRRE, JR.
ASSISTANT DISTRICT AND COUNTY ATTORNEYS
CAMERON COUNTY (CRIMINAL DISTRICT) ATTORNEY'S OFFICE
CAMERON COUNTY COURTHOUSE
974 EAST HARRISON STREET
BROWNSVILLE, TEXAS  78520
956/544-0849  Telephone
956/544-0869  Facsimile
ATTORNEY FOR THE DEFENDANT,
DAVID GARZA

LAW OFFICE OF J.  ARNOLD AGUILAR, L. L. P.
JOHN J.  JORDAN, JR.
ATTORNEYS AT LAW
ARTEMIS SQUARE, SUITE H-2
1200 CENTRAL BOULEVARD
BROWNSVILLE,  TEXAS  78520
956/504-1100  Telephone
956/504-1408  Facsimile
ATTORNEY FOR THE DEFENDANTS,
CITY OF SAN BENITO, SAN BENITO
POLICE DEPARTMENT ET AL.

Mr.  Jesus Rodriguez, Plaintiff
Civil Action No.  B-02-068
936/291-0106   Telephone/Fax

*Page 8 of 9*

***FILED:*** Mr. Butch Barbosa
U. S. District Deputy in Charge
The United States District Court
for the Southern District of Texas ---- Civil
Brownsville Division
600 East Harrison, 1ˢᵗ Floor
Brownsville, Texas  78520


Court Case Manager
Civil Action No. B-02-068
The United States District Court
for the Southern District of Texas ---- Civil
Brownsville Division
600 East Harrison, 1ˢᵗ Floor
Brownsville, Texas  78520