# IN THE UNITED STATES OF AMERICA

# FEDERAL DISTRICT COURT

# FOR THE

# SOUTHERN DISTRICT OF TEXAS

# BROWNSVILLE DIVISION

### CIVIL ACTION NO. B-02-068

| | |
|---|---|
| JESUS RODRIGUEZ<br>Plaintiff | <><br><><br><> |
| v. | <> PLAINTIFF'S MOTION TO<br><> VACATE AND SET ASIDE<br><>     DISMISSAL ORDER,<br><> MOTION TO REINSTATE |
| CITY OF SAN BENITO, CAMERON COUNTY, TEXAS,<br>SAN BENITO POLICE DEPARTMENT,<br>DAVID GARZA, RICARDO MORADO, MAYOR,<br>GABRIEL GONZALES, CITY MANAGER,<br>RICHARD E. CLARK, JR., CHIEF OF POLICE ET AL.<br>Defendants | <>     AND REQUEST FOR<br><>          HEARING<br><><br><><br><><br><> |

## *PLAINTIFF'S MOTION TO VACATE AND SET ASIDE DISMISSAL ORDER, MOTION TO REINSTATE AND REQUEST FOR HEARING*

# TABLE OF CONTENTS

page

I. Captioned Cause Identification..................................................................................1

II. The Honorable United States District Judge Andrew S. Hanen...........................3

III. Introduction....................................................................................................3

IV. Motion to Vacate and Set Aside Dismissal Order...............................................4

V. Motion to Reinstate..........................................................................................4

VI. Case Facts and Analysis..................................................................................4

VII. Prayer for Relief.............................................................................................4

VIII. Order Setting Hearing Date............................................................................6

IX. Certificate of Service.......................................................................................7

X. Filed..............................................................................................................8

*TO THE HONORABLE UNITED STATES DISTRICT JUDGE ANDREW S. HANEN:*

Comes now, Jesus Rodriguez, hereinafter called Plaintiff, and files this his *Motion to Vacate and Set Aside Dismissal Order*, *Motion to Reinstate*, and *Request for Hearing*; complaining of the City of San Benito, San Benito Police Department, Ricardo Morado, Mayor, Gabriel Gonzales, City Manager, Richard E. Clark, Jr., Chief of Police, David Garza et al., of San Benito, Cameron County, Texas, hereinafter called the Defendants, and would respectfully show the Court the following:

*I.*

## INTRODUCTION

Jesus Rodriguez, Your Plaintiff, is an individual, and private citizen of the State of Texas and the United States of America, resident of the City of Huntsville, Walker County.

The Defendants, City of San Benito, San Benito Police Department, Ricardo Morado, Mayor, Gabriel Gonzales, City Manager, Richard E. Clark, Jr., Chief of Police, David Garza et al., of San Benito, Cameron County, Texas, are entities of Municipal and/or City government, duly organized, chartered and/or established under municipality laws and those of the State of Texas, and sole individuals who maintain their principal offices of business in San Benito, Cameron County, Texas.

## II.

### MOTION TO VACATE AND SET ASIDE DISMISSAL ORDER

### MOTION TO REINSTATE

### CASE FACTS AND ANALYSIS

PURSUANT TO RULES 5(b)(2)(b)(d) AND 6(a), OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF EXERCISED GOOD FAITH, PRUDENCE AND DUE DILIGENCE IN THE TIMELY FILING OF HIS *RESPONSES AND WRITTEN OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS*, AND *REQUEST FOR HEARING*, FORWARDED TO THE ATTORNEYS FOR THE DEFENDANTS VIA REGISTERED FACSIMILE ON DECEMBER 25, 2002 [REFER TO FACSIMILE TRANSMITTAL], AND MAILED TO THE COURT VIA U. S. FIRST CLASS MAIL ON SAME DATE, WITHIN THE TIME PRESCRIBED BY LAW, TEN (10) DAYS FROM RECEIPT OF *MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS*, EXCLUDING HOLIDAYS AND APPLICABLE WEEKENDS, THEREFORE, THIS CASE SHOULD NOT BE DISMISSED IN LAW AND EQUITY. THIS SUIT MERITS REINSTATEMENT. [PLEASE REFERENCE APPLICABLE CASE LAW.]

## III.

### PRAYER FOR JUST RELIEF

***WHEREFORE PREMISES CONSIDERED,*** by reason of the foregoing vicious, malicious and

wrongful acts of the Defendants, Your Plaintiff, Jesus Rodriguez, prays that this Honorable Court take into advisement and/or accept and *GRANT* in its entirety(s), his *Motion to Vacate and Set Aside Dismissal Order, Motion to Reinstate*, and *Request for Hearing*; in complaining of the City of San Benito, San Benito Police Department, Ricardo Morado, Mayor, Gabriel Gonzales, City Manager, Richard E. Clark, Jr., Chief of Police, David Garza et al., herein called Defendant(s), and that this lawsuit(s) proceed to trial on its own merits.

**Plaintiff prays for this Court's justice, mercy, respect and understanding.**

# May God Almighty's Mercies Be With Us All!

Respectfully Submitted,

*Mr. Jesús Rodriguez*
Plaintiff/Attorney
2983 Redbird Lane
Huntsville, Texas  77320
936/291-0106  Telephone/Facsimile

# ORDER SETTING HEARING DATE

**PLEASE TAKE NOTICE, IT IS ORDERED** that the above and foregoing Plaintiff's *Motion to Vacate and Set Aside Dismissal Order, Motion to Reinstate,* and *Request for Hearing,* in said number and styled cause be and the same, is set for hearing at _____ o'clock ____.M., on the _____ day of _____, 2003, the Honorable United States District Judge Andrew S. Hanen presiding, in the Federal District Court for the Southern District of Texas, Brownsville Division, Brownsville, Cameron County, Texas.

Re: In the United States of America
    *Civil Action No. B-02-068*
    Jesus Rodriguez, Plaintiff  *v.*  City of San Benito, San Benito Police Department, Ricardo Morado, Mayor, Gabriel Gonzales, City Manager, Richard E. Clark, Jr., Chief of Police, David Garza et al., Defendants
    In Federal District Court for the Southern District of Texas, Brownsville Division, in Cameron County, Brownsville, Texas

SIGNED THIS _____ DAY OF _____, 2003.

    The Honorable United States District Judge
        Andrew S. Hanen
    Federal District Court for the Southern District of
    Texas, Brownsville Division, Brownsville,
    Cameron County, Texas

# CERTIFICATE OF SERVICE

I, Jesus Rodriguez, hereby certify that a true and correct copy of the foregoing Plaintiff's *Motion to Vacate and Set Aside Dismissal Order, Motion to Reinstate*, and *Request for Hearing*, has been forwarded to the Attorneys for the Defendants via registered facsimile and U. S. First Class Priority Mail, on April 3, 2003.

Re: In the United States of America
   *Civil Action No. B-02-068*
   Jesus Rodriguez, Plaintiff v. City of San Benito, San Benito Police Department, Ricardo Morado, Mayor, Gabriel Gonzales, City Manager, Richard E. Clark, Jr., Chief of Police, David Garza et al., Defendants
   In Federal District Court for the Southern District of Texas, Brownsville Division, in Cameron County, Brownsville, Texas

YOLANDA DE LEON
CAMERON COUNTY AND DISTRICT ATTORNEY
FRANCISCO J. MARTINEZ
HUMBERTO YSAGUIRRE, JR.
ASSISTANT DISTRICT AND COUNTY ATTORNEYS
CAMERON COUNTY (CRIMINAL DISTRICT) ATTORNEY'S OFFICE
CAMERON COUNTY COURTHOUSE
974 EAST HARRISON STREET
BROWNSVILLE, TEXAS 78520
956/544-0849 Telephone
956/544-0869 Facsimile
ATTORNEY FOR THE DEFENDANT,
DAVID GARZA

LAW OFFICE OF J. ARNOLD AGUILAR, L. L. P.
JOHN J. JORDAN, JR.
ATTORNEYS AT LAW
ARTEMIS SQUARE, SUITE H-2
1200 CENTRAL BOULEVARD
BROWNSVILLE, TEXAS 78520
956/504-1100 Telephone
956/504-1408 Facsimile
ATTORNEY FOR THE DEFENDANTS,
CITY OF SAN BENITO, SAN BENITO
POLICE DEPARTMENT ET AL.

*(signature)*
Mr. Jesus Rodriguez, Plaintiff
Civil Action No. B-02-068
936/291-0106 Telephone/Fax

***FILED:*** Mr. Butch Barbosa
U. S. District Deputy in Charge
The United States District Court
for the Southern District of Texas ---- Civil
Brownsville Division
600 East Harrison, 1ˢᵗ Floor
Brownsville, Texas   78520


Court Case Manager
Civil Action No. B-02-068
The United States District Court
for the Southern District of Texas ---- Civil
Brownsville Division
600 East Harrison, 1ˢᵗ Floor
Brownsville, Texas   78520