IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS RODRIGUEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| CITY OF SAN BENITO, CAMERON | § | |
| COUNTY, TEXAS, SAN BENITO | § | B - 02 - 068 |
| POLICE DEPARTMENT, DAVID GARZA, | § | |
| RICARDO MORADO, MAYOR, GABRIEL | § | |
| GONZALES, CITY MANAGER, RICHARD | § | |
| E. CLARK, JR., CHIEF OF POLICE, | § | |
| ET AL. | § | |

**OBJECTIONS TO PLAINTIFF'S MOTION TO VACATE AND SET ASIDE DISMISSAL ORDER, MOTION TO REINSTATE AND REQUEST FOR HEARING**

TO THE HONORABLE JUDGE:

COME NOW, THE DEFENDANTS **CITY OF SAN BENITO, TEXAS, SAN BENITO POLICE DEPARTMENT, DAVID GARZA, RICARDO MORADO, MAYOR, GABRIEL GONZALES, CITY MANAGER, RICHARD E. CLARK, JR., CHIEF OF POLICE,** and file this their Objections to Plaintiff's Motion to Vacate and Set Aide Dismissal, Motion to Reinstate and Request for Hearing and would respectfully show the Court the following:

## I.

With all due respect to this honorable Court, this Court has no jurisdiction to entertain or rule on Plaintiff's untimely motions filed on April 3, 2003. *See* Federal Rules of Civil Procedure 59; *United States Leather, Inc. v H & W Partnership*, 60 F.3d 222, 225 (5th Cir. 1995).

On February 28, 2003, this Court entered its Order of Dismissal of all Plaintiff's claims against Defendants. Under Federal Rules of Civil Procedure 59(b), Plaintiff had ten days after entry of the judgment to file a Motion for New Trial. Plaintiff untimely filed his motion 33 days after this Court entered judgment. This Court therefore lost plenary power to hear or rule on Plaintiff's motion after March 10, 2003.

## II.

Plaintiff's only other remedy was to timely file a Notice of Appeal with the District Clerk within 30 days of the entry of this Court's judgment under Federal Rules of Appellate Procedure 3 & 4. Plaintiff has not filed a Notice of Appeal, and that time has similarly expired.

WHEREFORE, PREMISES CONSIDERED, Defendants **CITY OF SAN BENITO, TEXAS, SAN BENITO POLICE DEPARTMENT, DAVID GARZA, RICARDO MORADO, MAYOR, GABRIEL GONZALES, CITY MANAGER, RICHARD E. CLARK, JR., CHIEF OF POLICE,** prays that this Court take no further action on Plaintiff's Motion to Vacate and Set Aside Dismissal, Motion to Reinstate and Request for Hearing, other than to notify the parties of the Court's lack of jurisdiction.

Signed on this the 10th day of April, 2003.

                                            Respectfully submitted,

                                            **LAW OFFICE**
                                            **J. ARNOLD AGUILAR**
                                            Artemis Square, Suite H-2
                                            1200 Central Boulevard
                                            Brownsville, Texas  78520
                                            Telephone   : (956) 504-1100
                                            Facsimile    : (956) 504-1408

By:    */s/ J. Arnold Aguilar*
            J. Arnold Aguilar
            State Bar No. 00936270  *by permission*
            Federal Adm. No. 6822

            John J. Jordan, Jr.
            State Bar No. 00796852
            Federal Adm. No. 21304

            Attorneys for Defendants, **CITY OF SAN BENITO, TEXAS, SAN BENITO POLICE DEPARTMENT, DAVID GARZA, RICARDO MORADO, MAYOR, GABRIEL GONZALES, CITY MANAGER, RICHARD E. CLARK, JR., CHIEF OF POLICE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **OBJECTIONS TO PLAINTIFF'S MOTION TO VACATE AND SET ASIDE DISMISSAL ORDER, MOTION TO REINSTATE AND REQUEST FOR HEARING** has on this the 10th day of April, 2003, been forwarded via certified mail, return receipt requested to:

Mr. Jesus Rodriguez
2983 Redbird Lane
Huntsville, TX 77320

*Regular Mail*

Mr. Francisco J. Martinez
Assistant District and County Attorney
974 E. Harrison Street
Brownsville, TX 78520

                                                                                                    J. Arnold Aguilar
                                                                                                    John J. Jordan, Jr.